# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Founders Bank, <br><br> Plaintiff, <br><br> -against- <br><br> CHICAGO TITLE INSURANCE COMPANY, CHICAGO TITLE AND TRUST COMPANY, and PROPERTY VALUATION SERVICES, LLC, <br><br> Defendants. <br><br>——————————————————————— <br><br> CHICAGO TITLE INSURANCE COMPANY and CHICAGO TITLE and TRUST COMPANY, <br><br> Third-Party Plaintiffs, <br><br> -against- <br><br> DOUGLAS SHREFFLER, <br><br> Third-Party Defendant. | Case No.: 12-cv-05198 <br><br> Honorable Judge Andrea R. Wood <br> Courtroom 1925 |

## NOTICE OF MOTION

To: all counsel of record

      PLEASE TAKE NOTICE that, on Wednesday, June 13, 2018 at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Chicago Title Insurance Company and Chicago Title and Trust Company shall appear before the Court at Room 1925 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall present (1) Chicago Title's motion for an order deducting from the award to the Federal Deposit Insurance Corporation, as receiver for Founders Bank (the

"FDIC"), the amount of the settlement payment that former defendant Property Valuation Services, LLC paid to the FDIC to settle the FDIC's claims against it and (2) Chicago Title's motion to file its memorandum in support of that motion and Exhibit E to the accompanying declaration of Eric Rosenberg under seal, copies of which have been served on all parties.

Dated: June 4, 2018

                          THE FIDELITY NATIONAL LAW GROUP

                          By: /s/Eric Rosenberg
                                 Eric Rosenberg

                          350 Fifth Avenue
                          Suite 3000
                          New York, New York 10118
                          (646) 708-8096
                          Eric.rosenberg@fnf.com
                          Admitted pro hac vice

                          Attorneys for Chicago Title Insurance Company
                          and Chicago Title and Trust Company